UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**EXPREZIT CONVENIENCE STORES, LLC** )
**and EXPREZIT MONEY ORDERS, LLC,** )
)
   **Plaintiffs/Counter-defendants,**)
)
      **v.** )   No. 3:05-CV-0945
)   Judge Echols
**TRANSACTION TRACKING TECHNOLOGIES,** )
**INC.,** )
)
   **Defendant/Counter-plaintiff.** )

<u>**ORDER**</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Motion for Partial Summary Judgment (Docket Entry No. 75) filed by Plaintiffs/Counter-defendants Exprezit Convenience Stores, LLC and Exprezit Money Orders, LLC is hereby DENIED; and

(2) The Motion for Partial Summary Judgment (Docket Entry No. 72) filed by Defendant/Counter-plaintiff Transaction Tracking Technologies is hereby DENIED.

The final pretrial conference will be held on January 29, 2007 at 1:00 p.m and the jury trial will commence on February 27, 2007, both as previously scheduled.

It is so ORDERED.

                                       _____
                                       ROBERT L. ECHOLS
                                       UNITED STATES DISTRICT JUDGE